

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. BANNING, JR. | : |
| | : C.A. No.   0 8 - 0 0 1 |
| v. | : |
| ALIN AUGUSTIN MASCA and | : |
| MAHAI DORU POP | : |

### NOTICE OF REMOVAL

TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE:

Defendants, Alin Augustin Masca and Mahai Doru Pop, by and through their attorneys, Rawle and Henderson, LLP, respectfully aver as follows:

1. Plaintiff has commenced a civil action against defendants in the Superior Court of Delaware in and for New Castle County. *(See Complaint attached as Exhibit "A.")* The Complaint, being the original process in this case, was deemed served on defendant Mahai Doru Pop, no earlier than December 6, 2007. *(See attached letter as Exhibit "B")*

2. Accordingly, this Notice of Removal was timely filed within thirty (30) days of receipt of the information indicating that the jurisdictional amount may be satisfied pursuant to 28 U.S.C. §1446 (b).

3. In the Complaint, Plaintiff alleged that as a result of the accident at issue in this lawsuit, he:

" was hit in the head and thrown off the South Dock #7 by the open door suffering serious injuries possibly permanent, to his head neck, lower back, left hip and required surgery with C7 radiculopathy requiring anterior cervical diskectomy, interbody fusion and required an application of an anterior cervical plate, that Plaintiff has endured much pain and suffering, will continue to suffer in the future because of the nature of his possible permanent injuries and may incur medical expenses beyond no-fault coverage and will continue to in cur medical expenses in the future...." sustained permanent, serious personal injuries, including pain and suffering as well as mental and emotional injuries. "*See Exhibit A ¶7.*

2008 JAN -2 AM 9:13
FILED
CLERK, U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2230729-1

4. Based upon a fair reading of the Complaint, plaintiff has set forth a claim in which an amount in excess of the jurisdictional limit of $75,000, exclusive of interest and costs, may be at stake.

5. Defendant, Alin Augustin Masca at all material times, is and was a resident of the State of Michigan. *See Exhibit A.*

6. Defendant, Mahai Doru Pop, at all material times was and is a resident of the State of Michigan. *See Exhibit A.*

7. At all material times hereto, based upon information and belief, plaintiff is and was a citizen of Delaware. *See Exhibit A.*

8. Diversity of citizenship within the meaning of 28 U.S.C. §1332, exists between plaintiffs and defendants since:

    (a) plaintiff is a citizen and resident of the State of Delaware; and

    (b) defendants are not a citizens or residents of the State of Delaware.

9. Furthermore, diversity of citizenship existed at the time the action sought to be removed was commenced and continues through the time of filing of this notice, such that defendants are entitled to removal pursuant to 28 U.S.C. §1441 as amended, and 28 U.S.C. §1446.

10. Defendant, Alin Augustin Masca is represented by the firm of Rawle & Henderson, LLP and consents to the Removal of the litigation to United States District Court.

WHEREFORE, defendants, Alin Augustin Masca and Mahai Doru Pop pray that the above-captioned action now pending in the Superior Court of Delaware in and for New Castle

County, be removed there from to this Honorable Court.

                              RAWLE & HENDERSON LLP

                              By: _____
                                  Delia A. Clark (DAC #3337)
                                  Attorneys for Defendants, Alin Augustin Masca
                                  and Mahai Doru Pop
                                  300 Delaware Avenue, Ste. 1015
                                  Wilmington, DE 19801
                                  (302) 778-1200

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the within-captioned Notice of Removal Pursuant to 28 U.S.C. §1446(d) was served via first-class mail, postage prepaid, on counsel for plaintiff listed below:

Martin A. Schagrin
Berkowitz & Shagrin
1218 Market street
PO Box 1632
Wilmington, DE 19899-1632

RAWLE & HENDERSON LLP

*/s/ Delia A. Clark*
Delia A. Clark

Dated: December 31, 2007

# Exhibit "A"

MAS/bp
8/22/07



EFiled: Aug 24 2007 1:46
Transaction ID 16079041
Case No. 07C-08-220 MMJ

IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
IN AND FOR NEW CASTLE COUNTY

KENNETH S. BANNING, JR., )
                        Plaintiff, ) C.A. No.: 07C-
)
v. ) ARBITRATION CASE
)
ALIN AUGUSTIN MASCA and ) TRIAL BY JURY OF TWELVE DEMANDED
MAHAI DORU POP, )
)
                        Defendants. )

## COMPLAINT

1. Plaintiff, Kenneth S. Banning, Jr., at all times pertinent hereto, resides at 10 Bethel Court, Newark, Delaware 19713.

2. Defendant, Alin Augustin MasCA, at all times pertinent hereto, resides at 3240 Christopher Lane, Apt. 344, Keego Harbor, Michigan 48320.

3. Defendant, Mahai Doru Pop, at all times pertinent hereto, resides at 3240 Christopher Lane, Apt. 121, Keego Harebor, Michigan 48320.

4. On or about Friday, November 4, 2005, at approximately 6:15 a.m. Plaintiff, Kenneth S. Banning, Jr., was on South Dock #7 at the Daimler Chrysler plant in Newark, Delaware, when a tractor trailer bearing Michigan license plate RU9561, while backing up to South Dock #7 with his door open struck Plaintiff, Kenneth S. Banning, Jr., in the head causing injuries to his head, neck, lower back and left hip. Defendant Alin Augustin Masca was operating said tractor trailer with permission and as an employee of Defendant Mihai Doru Pop.

5. Upon information and belief, at all times pertinent hereto, Defendant, Alin Augustin Masca, was acting as a servant, agent or employee of Defendant Mihai Doru Pop. DENIAL OF THIS ALLEGATION MUST BE MADE BY AFFIDAVIT PURSUANT TO 10 DEL.C. §3916.

6.  Defendant, Alin Augustin Masca, was negligent and Defendant Mihai Doru Pop, imputably negligent under the <u>Doctrine of Respondeat Superior</u> in the following respects:

(a) Drove his vehicle at a greater speed than reasonable and prudent under the conditions without having due regard to the actual and potential hazards then existing, failing to control his speed as necessary to avoid Plaintiff in violation of 21 <u>Del.C.</u> §4168(a).

(b) Operated his vehicle in a careless and imprudent manner without due regard for weather and traffic conditions then existing in violation of 21 <u>Del.C.</u> § 4176(a);

(c) Failed to maintain a proper lookout and his common law duties;

(d) Failed to give full time and attention to the operation of his vehicle in violation of 21 <u>Del.C.</u> § 4176(b); and

(e) Drove his vehicle in a careless and inattentive manner in violation of 21 <u>Del.C.</u> § 4176(a).

7. As a direct and proximate result of the negligence of the Defendants aforesaid, Plaintiff, Kenneth S. Banning, Jr., was hit in the head and thrown off the South Dock #7 by the open door suffering serious injuries, possibly permanent, to his head, neck, lower back, left hip and required surgery with C7 radiculopathy requiring anterior cervical diskectomy, interbody fusion, and required an application of an anterior cervical plate, that Plaintiff has endured much pain and suffering, will continue to suffer in the future because of the nature of his possible permanent injuries and may incur medical expenses beyond no-fault coverage and will continue to incur medical expenses in the future, and is responsible for a subrogation lien to Selective Insurance in the amount of $11,418.36. Said amount represents benefits paid by the Workmen's Compensation carrier.

2

WHEREFORE, Plaintiff, Kenneth S. Banning, Jr., demands judgment against the Defendants, jointly and severally, for general and special damages as a jury may assess in addition to post-judgment interest and costs of this action.

BERKOWITZ & SCHAGRIN, P.A.

BY: _____
MARTIN A. SCHAGRIN, ESQUIRE (ID #151)
1218 Market Street
P.O. Box 1632
Wilmington, Delaware 19899-1632
Phone: (302) 652-3155
Attorney for Plaintiff

DATED: August 23rd, 2007

3

Exhibit "B"

LAW OFFICES
## BERKOWITZ SCHAGRIN & JONES, P.A.

GERALD Z. BERKOWITZ
MARTIN A. SCHAGRIN
JUDY M. JONES

1218 MARKET STREET
P.O. BOX 1632
WILMINGTON, DELAWARE 19899-1632
(302) 652-3155
TELECOPIER: (302) 652-2889

SUSSEX COUNTY
515 THE HENLOPEN
REHOBOTH BEACH, DELAWARE
19971
(302) 227-0315

December 6, 2007

**REGISTERED MAIL RA 614 388 516 US**
**RETURN RECEIPT REQUESTED**

Mihai Doru Popp
3221 Christopher Lane, Apt. 121
Keego Harbor, MI 48320

RE: **NOTICE**
Kenneth S. Banning, Jr., v. Alin Augustin Masca and Hihai SDoru Popp
C.A. No. 07C-08-223 MMJ

Dear Mr. Popp:

At the request and on behalf of Kenneth Banning, Jr., I have commenced a civil action against you in the Superior Court of the State of Delaware in and for New Castle County, State of Delaware, captioned as follows:

### IN THE SUPERIOR COURT OF THE STATE OF DELAWARE
### IN AND FOR NEW CASTLE COUNTY

| | |
|---|---|
| KENNETH S. BANNING, JR. | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 07C-08-223 (MMJ) ) *ARBITRATION CASE* |
| ALIN AUGUSTIN MASCA and MIHAI DORU POPP, | ) *JURY TRIAL BY TWELVE DEMANDED* ) ) |
| Defendants. | ) |

This action is brought to recover damages for injury to personal property incurred by plaintiff resulting from an automobile accident which occurred on November 4, 2005.

The Writ of Summons directed against you and a copy of the Complaint in this action was served upon the Secretary of State of the State of Delaware, by virtue of a statute made and provided for such cases under the provisions of which such service is as effectual as if it had been made on you personally in the State of Delaware.

A copy of the Writ of Summons and a notice of such service by way of Sheriff's return thereon are enclosed together with a copy of the Complaint in this action which sets out in detail the nature of the action in this suit.

Mihai Doru Popp
December 6, 2007
Page 2

By reason of said service, a judgment can be entered against you by default, unless an appearance and answer are entered on your behalf as stated in the Summons.

Very truly yours,

MARTIN A. SCHAGRIN

MAS/bp
Enclosures

☐ **ORIGINAL**

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I.(a) PLAINTIFFS | DEFENDANTS |
|---|---|
| Kenneth Banning, Jr. | Alin Augustin Masca and Mahai Doru Pop. |
| **(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** New Castle (EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT (IN U.S. PLAINTIFF CASES ONLY) NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |
| **(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)** Martin A. Schagrin Berkowitz & Schagrin 1218 Market Street, PO Box 1632 Wilmington, DE 19899-2669 (302)-652-3156 | ATTORNEYS (IF KNOWN) Delia Clark, Esq. Rawle & Henderson, LLP 300 Delaware Avenue, Ste. 1015, Wilmington, DE 19801 (302) 778-1200  08-001 |

## II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)

☐ 1. U.S. Government Plaintiff
☐ 3. Federal Question (U.S. Government Not a Party)
☐ 2. U.S. Government Defendant
☒ 4. Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
For diversity cases only (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒1 | ☐1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☒2 | Incorporated or Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from another district (specify)
☐ 6 Multidistrict Litigation
☐ 7 Appeal to District Judge from Magistrate Judgment

## V. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | ☐610 Agriculture | ☐422 Appeal 28 USC 158 | ☐400 State Reapportionment |
| ☐110 Insurance | ☐310 Airplane | ☐362 Personal Injury-- Med Malpractice | ☐620 Other Food&Drug | ☐423 Withdrawal 28 USC 157 | ☐410 Antitrust |
| ☐120 Marine | ☐315 Airplane Product Liability | ☐365 Personal Injury-- Product Liability | ☐625 Drug Related Seizure of Property 21, USC 881 | | ☐430 Banks and Banking |
| ☐130 Miller Act | ☐320 Assault, Libel & Slander | ☐368 Asbestos Personal Injury Product Liability | ☐630 Liquor Laws | **PROPERTY RIGHTS** | ☐450 Commerce/ICC Rates/etc. |
| ☐140 Negotiable Instrument | ☐330 Federal Employer's Liability | | ☐640 R.R. & Truck | ☐820 Copyrights | ☐460 Deportation |
| ☐150 Recovery of Overpayment & Enforcement of Judgment | ☐340 Marine | PERSONAL PROPERTY | ☐650 Airline Regs | ☐830 Patent | ☐470 Racketeer Influenced and Corrupt Organizations |
| ☐151 Medicare Act | ☐345 Marine Product Liability | ☐370 Other Fraud | ☐Occupational Safety/Health | ☐840 Trademark | ☐810 Selective Service |
| ☐152 Recovery of Defaulted Student Loans (Exc. Veterans) | ☒350 Motor Vehicle | ☐371 Truth in Lending | | | ☐850 Securities/Commodities/ Exchange |
| ☐153 Recovery of Overpayment of Veteran's Benefits | ☐355 Motor Vehicle Product Liability | ☐380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐875 Customer Challenge 12 USC 3410 |
| ☐160 Stockholder's Suits | ☐360 Other Personal Injury | ☐385 Property Damage Product Liability | ☐710 Fair Labor Standards Act | ☐861 HIA (1395FF) | ☐891 Agricultural Acts |
| ☐190 Other Contract | | | ☐720 Labor/Mgmt. Relations | ☐862 Black Lung (923) | ☐892 Economic Stabilization Act |
| ☐195 Contract Product Liability | | | ☐730 Labor/Mgmt. Reporting & Disclosure Act | ☐863 DIWC/DIWW (405(g)) | ☐893 Environmental Matters |
| | | | | ☐864 SSID Title XVI | ☐894 Energy Allocation Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐740 Railway Labor Act | ☐865 RIS (405(g)) | ☐895 Freedom of Information Act |
| ☐210 Land Condemnation | ☐441 Voting | ☐510 Motions to Vacate Sentence | ☐790 Other Labor Litigation | | ☐900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐220 Foreclosure | ☐442 Employment | HABEAS CORPUS: | ☐791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐950 Constitutionality of State Statutes |
| ☐230 Rent Lease & Ejectment | ☐443 Housing/ Accommodations | ☐530 General | | ☐870 Taxes (U.S. Plaintiff or Defendant) | ☐890 Other Statutory Actions |
| ☐240 Torts to Land | ☐444 Welfare | ☐535 Death Penalty | | ☐871 IRS – Third Party 26 USC 7609 | |
| ☐245 Tort Product Liability | ☐440 Other Civil Rights | ☐540 Mandamus & Other | | | |
| ☐290 All Other Real Property | | ☐550 Civil Rights | | | |

## VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)

28 U.S.C. §§ 1332 & 1446 (d). Motor vehicle accident with personal injuries alleged.

| VII. REQUESTED IN COMPLAINT: | ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 | DEMAND $ | CHECK YES only if demanded in complaint: JURY DEMAND: ☒ YES ☐ NO |
|---|---|---|---|

| VIII. RELATED CASE(S) IF ANY (See Instructions): | JUDGE | DOCKET NUMBER |
|---|---|---|

DATE: December 31, 2007    SIGNATURE OF ATTORNEY OF RECORD  *Delia B. Clark*

**FOR OFFICE USE ONLY**

RECEIPT #_____  AMOUNT $_____  APPLYING IFP_____  JUDGE_____  MAG. JUDGE_____

FILED 2008 JAN -2 AM 9:13 CLERK, U.S. DISTRICT COURT DISTRICT OF DELAWARE

# RAWLE & HENDERSON LLP



08-001

DELIA A. CLARK
215-575-4291
dclark@rawle.com

The Nation's Oldest Law Office • Established in 1783

www.rawle.com

300 DELAWARE AVENUE
SUITE 1015, P.O. BOX 588
WILMINGTON, DE 19899-0588

TELEPHONE:(302) 778-1200
FACSIMILE:(302) 778-1400

December 31, 2007

**Hand Delivered via Courier**
United States District Court
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, DE 19801

      Re:    Kenneth S. Banning, Jr. v. Alin Augustin Masca, et al
             Our File No. 301604

Dear Sir/Madam:

Enclosed is an original and one copy of a Notice of Removal (w/diskette) to be filed with your office. Kindly file same and return a time-stamped copy of same to me in the pre-addressed stamped envelope. Also enclosed is our check, in the amount of $350.00, representing your filing fee in this regard.

Thank you for your attention in this matter.

Very truly yours,

RAWLE & HENDERSON LLP

By: *[signature]*
Delia A. Clark

DAC/slb

Enclosures
cc: Martin A. Schagrin, Esquire (w/encl. – Notice of Removal)

[FILED 2008 JAN -2 AM 9:12 CLERK U.S. DISTRICT COURT DISTRICT OF DELAWARE]

---

PHILADELPHIA, PA    PITTSBURGH, PA    HARRISBURG, PA    MEDIA, PA    MARLTON, NJ    NEW YORK, NY    WILMINGTON, DE    WHEELING, WV