IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. BANNING, JR., <br><br> PLAINTIFF, <br><br> v. <br><br> ALIN AUGUSTIN MASCA AND MAHAI DORU POP, <br><br> DEFENDANTS. | C.A. NO. 08-00001 <br><br> TRIAL BY JURY DEMANDED |

ENTRY OF APPEARANCE

Kindly enter the appearance of Stephen F. Dryden, Esquire on behalf of Kenneth S. Banning, Jr., as co-counsel to Martin A. Schagrin, Esquire relative to this matter.

ROBINSON GRAYSON DRYDEN
& WARD


/s/ Stephen F. Dryden
STEPHEN F. DRYDEN, ESQUIRE
Bar I.D. No. 2157
910 Foulk Road, Suite 200
Wilmington, DE  19803
(302) 655-6262
 Attorney for Plaintiff

Dated: January 7, 2008

## CERTIFICATE OF SERVICE

I, Stephen F. Dryden, Esquire, hereby certify that on this 7th day of January, 2008, I caused a copy of the foregoing *Entry of Appearance* to be served/mailed upon the following:

Delia A. Clark, Esquire
Rawle & Henderson, LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801

*/s/ Stephen F. Dryden*
*Bar I.D. No. 2157*

Cc:   Martin A. Schagrin, Esquire