# ROBINSON GRAYSON DRYDEN & WARD
### A PROFESSIONAL ASSOCIATION
### ATTORNEYS AND COUNSELLORS AT LAW

STEPHEN D. M. ROBINSON*  
ERIC L. GRAYSON  
STEPHEN F. DRYDEN*  
GLENN C. WARD*

FOULK & WILSON PROFESSIONAL CENTRE  
SUITE 200  
910 FOULK ROAD  
WILMINGTON, DELAWARE 19803-3159

TELEPHONE  
(302) 655-6262

FAX  
(302) 655-1102

*ALSO ADMITTED IN PA

February 14, 2008

*Via E-File*  
The Honorable Gregory M. Sleet  
United States District Court  
844 N. King Street, Lock Box 19  
Wilmington, DE 19801

   RE: *Kenneth S. Banning, Jr. v. Alin Augustin Masca et al.*  
     *U.S. District Court, District of Delaware – 08-00001*

Dear Judge Sleet:

  Kindly note that there are no pending case dispositive motions of record relative to the above matter. As counsel for the Plaintiff, it is believed that due to the nature of this circumstance and the certification of this matter for removal by counsel for the defense, that this matter is one that might be best served by having a mediation conference with a United States Magistrate at a sooner as opposed to later time frame. Thank you for your courtesy and careful consideration of this request.

               Respectfully Submitted,

               STEPHEN F. DRYDEN

SFD/eak  
Cc: *(Via E-File)*  
   Delia A. Clark, Esquire  
   Martin A. Schagrin, Esquire  
   Clerk of the Court