IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. BANNING, JR.,<br><br>    PLAINTIFF,<br><br>    v.<br><br>ALIN AUGUSTIN MASCA AND<br>MAHAI DORU POP,<br><br>    DEFENDANTS. | C.A. NO. 08-00001 GMS<br><br>TRIAL BY JURY DEMANDED |

NOTICE OF SERVICE

I, Stephen F. Dryden, Esquire, hereby certify that on this $6^h$ day of March, 2008, I caused a copy of the foregoing *Request for Production of Documents* to be served/mailed upon the following:

Delia A. Clark, Esquire
Rawle & Henderson, LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801

ROBINSON GRAYSON DRYDEN
& WARD

*/s/ Stephen F. Dryden*
STEPHEN F. DRYDEN, ESQUIRE
Bar I.D. No. 2157
910 Foulk Road, Suite 200
Wilmington, DE  19803
(302) 655-6262
 Attorney for Plaintiff