IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. BANNING, JR., <br><br> PLAINTIFF, <br><br> v. <br><br> ALIN AUGUSTIN MASCA AND <br> MAHAI DORU POP, <br><br> DEFENDANTS. | C.A. NO. 08-00001 GMS <br><br> TRIAL BY JURY DEMANDED |

### REQUEST FOR ADMISSIONS DIRECTED TO DEFENDANTS

AND NOW, comes the Plaintiff herein who does request that the Plaintiffs admit the following:

1. The signature contained on the attached exhibit referencing the incident at bar is that of Defendant Alin Masca.

ROBINSON GRAYSON DRYDEN
& WARD

_____
STEPHEN F. DRYDEN, ESQUIRE
Bar I.D. No. 2157
910 Foulk Road, Suite 200
Wilmington, DE 19803
(302) 655-6262
 Attorney for Plaintiff

Dated: March 6, 2008

# EXHIBIT A

South Dock #7

Cheyenne Express
534739

Driver: ALIN MASCA, MASCA

W. Bloomfield MI

248-363-3636
Viorel Dubasu
Cheyenne's Supervisor

Tractor 9562

USDOT 1093153

License Plate
RU 9561
MICHIGAN

Door was knocked of trailer by driver of this truck at DaimlerChrysler Plant in Newark, DE on ~~JN~~ 11/4/05 at 6:15 AM. The door came off the trailer and hit C+M Driver, Ken Banning in the head causing undisclosed injuries.

Drivers → [signature]
Signature