IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. BANNING, JR., | |
| PLAINTIFF, | C.A. NO. 08-00001 GMS |
| v. | TRIAL BY JURY DEMANDED |
| ALIN AUGUSTIN MASCA AND MAHAI DORU POP, | |
| DEFENDANTS. | |

NOTICE OF SERVICE

I, Stephen F. Dryden, Esquire, hereby certify that on this $10^h$ day of March, 2008, I caused a copy of the foregoing *Plaintiff's Interrogatories Directed to Defendant Alin Augustin Masca* to be served/mailed upon the following:

Delia A. Clark, Esquire
Rawle & Henderson, LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801

ROBINSON GRAYSON DRYDEN
& WARD

*/s/ Stephen F. Dryden*
STEPHEN F. DRYDEN, ESQUIRE
Bar I.D. No. 2157
910 Foulk Road, Suite 200
Wilmington, DE 19803
(302) 655-6262
Attorney for Plaintiff