IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KENNETH S. BANNING, JR. | : | |
| | : | C.A. No. 08-00001 GMS |
| v. | : | |
| ALIN AUGUSTIN MASCA and MAHAI DORU PO | : | |

## NOTICE OF SERVICE

I, Delia A. Clark, Esquire hereby certify that on this <u>1st</u> day of April, 2008, I caused a copy of the foregoing Defendants' Answer to Plaintiff's Request for Admissions to be served/mail upon the following:

Stephen R. Dryden, Esquire
910 Foulk Road, Suite 200
Wilmington, DE 19803

Rawle & Henderson, LLP

By: /s/*Delia A. Clark*
Delia A. Clark (DAC #3337)
Attorneys for Defendants,
Alin Augustin Masca and
Mahai Doru Pop
300 Delaware Avenue, Ste. 1015
Wilmington, DE 19801
(302) 778-1200

2361151-1