IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. BANNING, JR., <br><br> PLAINTIFF, <br><br> v. <br><br> ALIN AUGUSTIN MASCA AND MAHAI DORU POP, <br><br> DEFENDANTS. | C.A. NO. 08-00001 GMS <br><br> TRIAL BY JURY DEMANDED |

NOTICE OF SERVICE

I, Stephen F. Dryden, Esquire, do hereby certify that on this 9th day of April, 2008, a true and correct copy of *Plaintiff's Response to Defendants Rule 34 Production Request was* served/mailed upon the following counsel of record:

Delia A. Clark, Esquire
Rawle & Henderson, LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801

ROBINSON GRAYSON DRYDEN & WARD, P.A.

*/s/ Stephen F. Dryden*
STEPHEN F. DRYDEN, ESQUIRE
Bar I.D. No. 2157
910 Foulk Road, Suite 200
Wilmington, DE 19803
(302) 655-6262
Attorney for Plaintiff