IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. BANNING, JR., <br><br>PLAINTIFF, <br><br>v. <br><br>ALIN AUGUSTIN MASCA AND MAHAI DORU POP, <br><br>DEFENDANTS. | C.A. NO. 08-00001 GMS <br><br>TRIAL BY JURY DEMANDED |

## NOTICE OF DEPOSITION

TO:  Delia Clark, Esquire
     Vicky P. DeShong, Esquire
     Rawle & Henderson, LLP
     300 Delaware Avenue, Suite 1015
     P.O. Box 588
     Wilmington, DE 19899-0588

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of the below named individuals on August 12, 2008 at the times listed below. The depositions will take place in the office of Robinson Grayson Dryden & Ward, P.A., 910 Foulk Road, Suite 200, Wilmington, DE 19803.

  Alin Augustin Masca  @ 11:00 a.m.

            Robinson Grayson Dryden & Ward, P.A.

            */s/ Stephen F. Dryden*
            STEPHEN F. DRYDEN, ESQUIRE
            I.D. No. 2157
            910 Foulk Road
            Suite 200
            Wilmington, DE  19803
            (302) 655-6262
            Attorney for Plaintiff

Dated: May 29, 2008

## CERTIFICATE OF SERVICE

I, Stephen F. Dryden, Esquire, hereby certify that on this 29th day of May, 2008, I caused a copy of the foregoing *Notice of Deposition* to be served/mailed upon the following:

    Delia A. Clark, Esquire
    Vicky P. DeShong, Esquire
    Rawle & Henderson, LLP
    300 Delaware Avenue, Suite 1015
    Wilmington, DE 19801


*/s/ Stephen F. Dryden*
*Bar I.D. No. 2157*

Cc:    Martin A. Schagrin, Esquire
        Wilcox & Fetzer, Ltd.