## NOTICE OF SERVICE

I, Delia A. Clark, do hereby certify that a Notice of Deposition for Kenneth S. Banning, Jr.'s deposition was served on this day to the plaintiffs, via first class regular mail at the below listed address on this 4th day of June, 2008.

/s/ Delia A. Clark
Delia A. Clark (DAC 3337)
Attorneys for Defendants,
Alin Augustin Masca and Mahai Doru Pop
300 Delaware Avenue
Suite 1015
Wilmington, DE  19801

Dated:  June 4, 2008