IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. BANNING, JR.,<br><br>PLAINTIFF,<br><br>v.<br><br>ALIN AUGUSTIN MASCA AND<br>MAHAI DORU POP,<br><br>DEFENDANTS. | C.A. NO. 08-00001 GMS<br><br>TRIAL BY JURY DEMANDED |

### SUPPLEMENTAL REQUEST FOR PRODUCTION OF DOCUMENTS
### DIRECTED TO DEFENDANTS

1. Please provide any and all black box data from the incident vehicle as of the date of the incident.
   RESPONSE:

2. Please provide any information from any other on board recorder including but not limited to EO-BR's.
   RESPONSE:

3. Please provide any and all GPS satellite and wireless tracking devices setting forth the defendant's route of travel and schedule on the day of the date of the incident in question.
   RESPONSE:

4. Fuel card and toll pass records relative to the 48 hour period pre-dating the incident.
   RESPONSE:

Robinson Grayson Dryden & Ward, P.A.

_____
STEPHEN F. DRYDEN, ESQUIRE, Bar I.D. No. 2157
910 Foulk Road, Suite 200
Wilmington, DE 19803
(302) 655-6262

Dated: July 24, 2008        Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. BANNING, JR., <br><br> PLAINTIFF, <br><br> v. <br><br> ALIN AUGUSTIN MASCA AND <br> MAHAI DORU POP, <br><br> DEFENDANTS. | C.A. NO. 08-00001 GMS <br><br> TRIAL BY JURY DEMANDED |

## NOTICE OF SERVICE

I, Stephen F. Dryden, Esquire, do hereby certify that on this 24th day of July, 2008, a true and correct copy of *Supplemental Request for Production of Documents Directed to Defendants* were served/mailed upon the following counsel of record:

Delia A. Clark, Esquire
Rawle & Henderson, LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801

ROBINSON GRAYSON DRYDEN & WARD, P.A.

*/s/ Stephen F. Dryden*
STEPHEN F. DRYDEN, ESQUIRE
Bar I.D. No. 2157
910 Foulk Road, Suite 200
Wilmington, DE 19803
(302) 655-6262
Attorney for Plaintiff