IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. BANNING, JR., | |
| PLAINTIFF, | C.A. NO.  08-00001 GMS |
| v. | TRIAL BY JURY DEMANDED |
| ALIN AUGUSTIN MASCA AND MAHAI DORU POP, | |
| DEFENDANTS. | |

## NOTICE OF RECORDS ONLY DEPOSITION

TO:    Delia Clark, Esquire
Vicky P. DeShong, Esquire
Rawle & Henderson, LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899-0588

Please take notice that the undersigned will take the records deposition of the following on September 5, 2008 at 11:00 a.m. at the office of Stephen F. Dryden, Esquire, Robinson Grayson Dryden & Ward, P.A., 910 Foulk Road, Suite 200, Wilmington, DE 19803:

ATTN: Mr. Chuck Mendula
C&N Service Company
Chrysler Assembly Plant
550 South College Avenue
Newark, DE 19711

*Please note personal appearance is waived if records are received in the office of Robinson Grayson Dryden & Ward, P.A. on or before September 5, 2008.

Robinson Grayson Dryden & Ward, P.A.


*/s/ Stephen F. Dryden*
STEPHEN F. DRYDEN, ESQUIRE
I.D. No. 2157
910 Foulk Road
Suite 200
Wilmington, DE  19803
(302) 655-6262
Attorney for Plaintiff

Dated: August 13, 2008


## CERTIFICATE OF SERVICE


I, Stephen  F. Dryden, Esquire, hereby certify that on this 13th day of

August, 2008, I caused a  copy  of  the  foregoing  *Notice  of  Records  Only*

*Deposition* to be served/mailed upon the following:


Delia A. Clark, Esquire
Vicky P. DeShong, Esquire
Rawle  & Henderson, LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801


*/s/ Stephen F. Dryden*
*Bar I.D. No. 2157*