IN THE UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| KENNETH S. BANNING, JR.,<br><br>PLAINTIFF,<br><br>v.<br><br>ALIN AUGUSTIN MASCA AND<br>MAHAI DORU POP,<br><br>DEFENDANTS. | C.A. NO. 08-00001 GMS<br><br>TRIAL BY JURY DEMANDED |

## NOTICE OF DEPOSITION

TO:  Delia Clark, Esquire
Vicky P. DeShong, Esquire
Rawle & Henderson, LLP
300 Delaware Avenue, Suite 1015
P.O. Box 588
Wilmington, DE 19899-0588

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of **Alin Augustin Masca on September 17, 2008 at 1:00 p.m.** The deposition will take place in the offices of Robinson Grayson Dryden & Ward, P.A., 910 Foulk Road, Suite 200, Wilmington, DE 19803.

Robinson Grayson Dryden & Ward, P.A.

*/s/ Stephen F. Dryden*
STEPHEN F. DRYDEN, ESQUIRE
I.D. No. 2157
910 Foulk Road
Suite 200
Wilmington, DE  19803
(302) 655-6262
Attorney for Plaintiff

Dated: September 5, 2008

CERTIFICATE OF SERVICE

I, Stephen F. Dryden, Esquire, hereby certify that on this 5th day of September 2008, I caused a copy of the foregoing *Notice of Deposition* to be served/mailed upon the following:

Delia A. Clark, Esquire
Vicky P. DeShong, Esquire
Rawle & Henderson, LLP
300 Delaware Avenue, Suite 1015
Wilmington, DE 19801

*/s/ Stephen F. Dryden*
*Bar I.D. No. 2157*